

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable Bert Ford, Administrator
Texas Liquor Control Board
P. O. Box No. 56
Austin, Texas

Dear Sir:

Opinion No. O-6417
Re: What is the "next regular ses-
sion" of the Commissioners'
Court under Section 32, Arti-
cle I, Texas Liquor Control
Act (Article 666-32, V.A.P.C.)?

Your recent opinion request of this department reads as follows:

"You will note said section 32 of the printed Act reads in part as follows: 'It is hereby required that the Commissioner's Court at its next regular session shall order a local option election to be held upon the issue or issues set out in such petition.'

"My question is: What or when is its next regular session?

". . . ."

Article 2348, V.A.C.S., reads in part as follows:

"The regular terms of the commissioners. court shall be commenced and be held at the court house on the second Monday of each month through- out the year and may continue in session one week; provided the court need not hold more than one session each quarter if the business of the court does not demand a session. . . ."

Article 7205, V.A.C.S., provides in part,

"Each commissioners' court shall convene and sit as a board of equalization on the second Monday

in May of each year, or as soon thereafter as practicable before the first day of June, to receive all the assessment lists or books of the assessors of their counties for inspection, correction or equalization and approval."

Our Court of Criminal Appeals has held that the Commissioners' Court is in regular session when it sits as a board of equalization under the last quoted statute as well as when sitting under the provisions of law first quoted. See Abbot v. State, 57 S. W. 98; Staten v. State, 141 S. W. 525.

We trust that we have satisfactorily answered your inquiry.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By  Eugene Alvis
      Assistant

EA:mp

FIRST ASSISTANT
ATTORNEY GENERAL



APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN